| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br>**EASTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  **Corry Davis Marketing, Inc.**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  7 5 – 2 5 1 8 4 9 8

4. **Debtor's address**

   **Principal place of business**

   **542 East Highway 64**
   Number    Street

   **Canton             TX      75103**
   City           State  ZIP Code

   **Van Zandt**
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City           State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Corry Davis Marketing, Inc.** _____  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__5__ __3__ __1__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Corry Davis Marketing, Inc.**   Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____
District _____ When _____
MM / DD / YYYY
Case number, if known _____

Debtor _____ Relationship _____
District _____ When _____
MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Corry Davis Marketing, Inc.** _____   Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____

_____ _____ _____
City              State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Corry Davis Marketing, Inc.**  Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/02/2021**
MM / DD / YYYY

X **/s/ Dale Murphy**
Signature of authorized representative of debtor
**Dale Murphy**
Printed name
**President**
Title

**18. Signature of attorney**

X **/s/ Michael E Gazette**     Date **07/02/2021**
Signature of attorney for debtor            MM / DD / YYYY

**Michael E Gazette**
Printed name
**Law Offices of Michael E Gazette**
Firm name
**100 E Ferguson Street Suite 1000**
Number      Street

**Tyler**                              **TX**         **75702**
City                                   State          ZIP Code

**(903) 596-9911**                     **megazette@suddenlinkmail.com**
Contact phone                          Email address
**077845000**                          **TX**
Bar number                             State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:  **Corry Davis Marketing, Inc.**                                           CASE NO

                                                                                                     CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/2/2021                                                    Signature  /s/ Dale Murphy
                                                                                   *Dale Murphy*
                                                                                   *President*


Date _____                          Signature _____

```
AFCO                              Jere Ward Bookkeeping
P. O. Box 887200                  3017 Hillcrest Drive
Los Angeles, CA  90088-7200       Irving, TX  75062-6930



Byzfunder NY LLC                  Kapitus, LLC
263 West 38th Street              2500 Wilson Boulevard, Suite 35
New York, NY 1008                 Arlington, Virginia 22201



Dale Murphy and Leslie Rives      LBC1 Trust
119 PR 8119                       106 East Chestnut Street
Canton, TX   75103                Stillwater, MN  55082



David Artzt                       LCB1 Trust
5707 Stage Line Drive             106 East Chestnut Street
Arlington, TX  76017              Stillwater, MN  55082



Engie Resources LLC               Susan Matassa
1360 Post Oak Road, Suite 400     354 VZCR 4106
Houston, Texas   77056            Canton, Texas 75103



Firstinline Capital               Tom Benton Jackson III
8605 Santa Monica Boulevard #35   1461 County Road 121
Los Angeles, CA  90069            Kaufman, TX  75142



Frontier Communications           United States Trustee's Office
P. O. Box 709                     110 North College Avenue, Suite
Windsor, CT  06074-9998           Tyler, TX  75702-7231



GE Capital Information Technolo   Van Zandt County Appraisal Dist
P. O. Box 35701                   27867 West Highway 64
Billings, MT  59107               Canton, TX  75103



H. Clinton Milner, PLLC           Van Zandt County Appraisal Dist
Attorney at Law                   27867 West Highway 64
P.O. Box 801031                   Canton, TX   75103
Dallas, Texas 75380



Internal Revenue Service          Ward, Asel and Associates, P.C.
P. O. Box 7346                    5485 Belt Line Road #290
Philadelphia, PA  19101-7346      Dallas, TX  75254
```