| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Corry Davis Marketing, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-60280** |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Engie Resources, LLC<br>1360 Post Oak Road, Suite 400<br>Houston, Texas 77056 | | Electrical Services | Disputed | | | $31,840.23 |
| 2 | AFCO<br>P. O. Box 887200<br>Los Angeles, CA 90088-7200 | | Insurance Policy | | | | $25,993.05 |
| 3 | Byzfunder NY LLC<br>263 West 38th Street<br>New York NY 10018 | | Loan | Disputed | | | $14,074.00 |
| 4 | Dale Murphy and Leslie Rives<br>119 PR 8119<br>Canton, TX 75103 | | Compensation of services | | | | $10,000.00 |
| 5 | David Artzt<br>5707 Stage Line Drive<br>Arlington, TX 76017 | | Rental Contract | Disputed | | | $8,105.93 |

Debtor  **Corry Davis Marketing, Inc.**  Case number (if known) **21-60280**
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Ward, Asel and Associates, P.C.<br>5485 Belt Line Road # 290<br>Dallas, TX  75254 | | Professional Services | Disputed | | | $2,850.00 |
| 7 | Jere Ward Bookkeeping<br>3017 Hillcrest Drive<br>Irving, TX  75062-6930 | | Professional Services | | | | $600.00 |
| 8 | Frontier Communications<br>P. O. Box 709<br>Windsor, CT 08074-9998 | | Phone Expense | | | | $111.14 |
| 9 | Susan Matassa<br>354 VZCR 4106<br>Canton, Texas 75103 | | Notice Only | | | | $0.00 |
| 10 | Kapitus LLC<br>2500 Wilson Boulevard, Suite 350<br>Arlington, VA 22201 | | Loan | Disputed | | | $0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2