## AFFIDAVIT OF MICHAEL E. GAZETTE

STATE OF TEXAS          §

COUNTY OF SMITH      §

I, Michael E. Gazette, declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of Texas, as well as the United States Bankruptcy Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas and the United States Court of Appeals for the Fifth Circuit.

2. I am eligible and competent to perform the legal services as set forth in the Application to which this declaration is attached.

3. I do not hold any interest adverse to the above-entitled estate and am a disinterested person as defined in 11 U.S.C. Section 101(14).

4. To the best of my knowledge, I have no connection with creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. I have no connection with the manager and member of the Debtor or any affiliated entities.

5. To the best of my knowledge and belief, approval of my employment does not impair or prejudice any party in interest.

## VERIFICATION

I, Michael E. Gazette, declare under penalty of perjury, that the above and foregoing statements are true and correct.

EXECUTED on this 7th day of July, 2021.

_____
MICHAEL E. GAZETTE
ATTORNEY FOR DEBTOR

SUBSCRIBED and SWORN TO before me on the 7th day of July, 2021.

_____
Notary Public, State of Texas

TWYLA FIELDS
Notary ID # 2878684
My Commission Expires
01/29/2025

t:cmdi\chapter11bankruptcy/declara2014.meg