IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 21-60280 |
| CORRY DAVIS MARKETING, INC., | § § | |
| DEBTOR. | § § | CHAPTER 11 |
| 542 East Hwy. 64<br>Canton, Texas 75103<br>EIN: xx-xxx8498 | § § § § | |

**DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE
DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Corry Davis Marketing, Inc., Debtor herein, presents this Motion for Extension of Time to File Debtor's Schedules and Statement of Financial Affairs and would show as follows:

1. Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code on July 2, 2021. Pursuant to Bankruptcy Rule 1007(c), the deadline for the filing of Debtor's schedules and statement of financial affairs is July 16, 2021.

2. Due to the delay experienced as a result of unexpected surgery on Dale Murphy, Debtor's president, on July 15, 2021, Debtor and its counsel have not been able complete the schedules and statement of financial affairs within the time allotted. At this time, Debtor and its counsel believe that an extension of time to July 23, 2021, which is seven (7) days from July 16, 2021, will be required in order to complete and file the necessary schedules and statement of financial affairs. The first meeting of creditors under 11 U.S.C. §341(a) is scheduled for August 18, 2021. The extension of time is sought in order that complete information might be included in the schedules

and statement of financial affairs and that further amendments may not be required.

WHEREFORE, Debtor requests that the Court enter its order granting an extension of time to July 23, 2021 for the filing of Debtor's schedules and statement of financial affairs in this case.

          Respectfully submitted,

          LAW OFFICES OF MICHAEL E. GAZETTE

          By: /s/ Michael E. Gazette
               Michael E. Gazette
               State Bar No. 07784500

          100 East Ferguson Street, Suite 1000
          Tyler, Texas 75702-5706
          (903) 596-9911 Telephone
          (903) 596-9922 Telecopier
          Email: megazette@suddenlinkmail.com

          ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Debtor's Motion for Extension of Time to File Debtor's Schedules and Statement of Financial Affairs has been sent to the United States Trustee, 110 N. College, Suite 300, Tyler, Texas 75702, and all parties on the attached mailing matrix via electronic means or First Class U. S. Postal Service on the 15th day of July, 2021.

          /s/ Michael E. Gazette
          Michael E. Gazette

t:corrydavismarketing/extendtimesched.mot