## **AFFIDAVIT OF KIMBERLY ASHMORE**

STATE OF TEXAS § 

COUNTY OF DALLAS §

I, Kimberly Ashmore, declare as follows:

1. I am a real estate sales agent licensed by the State of Texas and am an authorized representative of Allie Beth Allman & Associates in Dallas, Texas.

2. Allie Beth Allman & Associates is eligible and competent to perform the real estate brokerage services as set forth in the Application to which this declaration is attached.

3. Neither Allie Beth Allman & Associates nor I hold any interest adverse to the above-entitled estate and is a disinterested person as defined in 11 U.S.C. Section 101(14).

4. To the best of my knowledge, neither Allie Beth Allman & Associates nor I have any connection with creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. Neither Allie Beth Allman & Associates nor I have any connection with the officers, directors, or shareholders of the Debtor or any affiliated entities.

5. To the best of my knowledge and belief, approval of the employment of Allie Beth Allman & Associates does not impair or prejudice any party in interest.

## **VERIFICATION**

I, Kimberly Ashmore, declare under penalty of perjury, that the above and foregoing statements are true and correct.

EXECUTED on this _19th_ day of _July_, 2021.

_____
KIMBERLY ASHMORE
AUTHORIZED REPRESENTATIVE FOR
ALLIE BETH ALLMAN & ASSOCIATES

SUBSCRIBED and SWORN TO before me on the _19th_ day of _July_, 2021.



TIFFANY JOHNSON BEECHAM
Notary Public, State of Texas
Comm. Expires 12-20-2022
Notary ID 128475550

_____
Notary Public, State of Texas

t:corrydavismarketing/declara2014.alliebethallman