

**EOD**

07/20/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-60280 |
| CORRY DAVIS MARKETING, INC., | § | |
| | § | |
| DEBTOR. | § | |
| | § | CHAPTER 11 |
| 542 East Hwy. 64 | § | |
| Canton, Texas 75103 | § | |
| EIN: xx-xxx8498 | § | |

## ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

On this day, the Court considered the Motion for Extension of Time to File

Debtor's Schedules and Statement of Financial Affairs filed by Corry Davis Marketing,

Inc., Debtor herein.  It appears to the Court that the Motion is well-taken and in the best

interests of the estate.

It is, therefore, ORDERED that the Motion for Extension of Time to File Debtor's

Schedules and Statement of Financial Affairs is granted, and that such time for filing

shall be extended for a period of seven (7) days from July 16, 2021 to July 23, 2021.

Signed on 07/20/2021

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

t:corrydavismarketing/exttimesched.ord