IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-60280 |
| CORRY DAVIS MARKETING, INC., | § | |
| | § | |
| DEBTOR. | § | |
| | § | CHAPTER 11 |
| 542 East Hwy. 64 | § | |
| Canton, Texas 75103 | § | |
| EIN: xx-xxx8498 | § | |

**REQUEST FOR EMERGENCY HEARING ON MOTION FOR
AUTHORITY TO CONTINUE INSURANCE PREMIUM
FINANCE AGREEMENT WITH ASSOCIATED RISK MANAGERS FINANCE CO.**

Corry Davis Marketing, Inc., Debtor herein, presents this Request for Emergency Hearing on Motion for Authority to Continue Insurance Premium Finance Agreement with Associated Risk Managers Finance Company, ("the Motion") and would show to the Court as follows:

1. Debtor requests that the Court conduct an emergency hearing on its Motion for Authority to Continue Insurance Premium Finance Agreement with Associated Risk Managers Finance Company and to shorten the time for notice and hearing of this Motion.

2. Debtor's monthly payments on the premium finance agreement by which it purchased a casualty property insurance policy will become due and payable before the end of the normal 21-day response period for the Motion, and the grace period for payment a payment due on July 15, 2021 under the premium finance agreements will have expired as well by the end of the response period. Without payment, the policy will be cancelled to the detriment of the Debtor and its creditors.

3. Debtor recognizes the need to provide reasonable notice of this request and the emergency hearing on this request to all interested persons, and the Debtor and its counsel agree to notify all creditors of this request and the date scheduled for any emergency hearing by such notice as the Court deems necessary and appropriate.

WHEREFORE, Debtor requests that the Court issue its Order setting a hearing on the Motion on an emergency basis before July 28, 2021.

Respectfully submitted,

LAW OFFICES OF MICHAEL E. GAZETTE


By: /s/ Michael E. Gazette
    Michael E. Gazette
    State Bar No. 07784500

100 East Ferguson Street, Suite 1000
Tyler, Texas 75702-5706
(903) 596-9911 Telephone
(903) 596-9922 Telecopier
Email: megazette@suddenlinkmail.com

ATTORNEY FOR DEBTOR/APPLICANT


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Request for Emergency Hearing on Motion for Authority to Continue Insurance Premium Finance Agreement has been sent to the United States Trustee, 110 N. College, Suite 300, Tyler, Texas 75702, and all parties on the attached mailing matrix via electronic means or First Class U. S. Postal Service on the 21st day of July, 2021.


/s/ Michael E. Gazette
Michael E. Gazette


t:corrydavismarketing/emergencyhrg.req