| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-6<br>Case 21-60280<br>Eastern District of Texas<br>Tyler<br>Wed Jul 21 12:29:35 CDT 2021 | AFCO   (20)<br>P. O. Box 887200<br>Los Angeles, CA  90088-7200 | Byzfunder NY LLC   (20)<br>263 West 38th Street<br>New York, NY 10018-4483 |
| (c)CORRY DAVIS MARKETING, INC.<br>542 E DALLAS ST<br>CANTON TX  75103-3300 | Dale Murphy and Leslie Rives  (20)<br>119 PR 8119<br>Canton, TX  75103 | David Artzt   (20)<br>5707 Stage Line Drive<br>Arlington, TX 76017-1124 |
| Engie Resources LLC   (20)<br>1360 Post Oak Road, Suite 400<br>Houston, Texas 77056-3030 | Firstinline Capital<br>8605 Santa Monica Boulevard #35679<br>Los Angeles, CA 90069-4109 | Frontier Communications   (20)<br>P. O. Box 709<br>Windsor, CT 06074-0709 |
| GE Capital Information Technology Soluti<br>P. O. Box 35701<br>Billings, MT 59107-5701 | Michael E. Gazette<br>100 East Ferguson Street<br>Ste. 1000<br>Tyler, TX 75702-5706 | H. Clinton Milner, PLLC<br>Attorney at Law<br>P.O. Box 801031<br>Dallas, Texas 75380-1031 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA  19101-7346 | Jere Ward Bookkeeping   (20)<br>3017 Hillcrest Drive<br>Irving, TX  75062-6930 | Kapitus, LLC   (20)<br>2500 Wilson Boulevard, Suite 350<br>Arlington, Virginia 22201-3873 |
| LBC1 Trust<br>c/o H. Clinton Milner, PLLC<br>P.O. Box 801031<br>Dallas, TX 75380-1031 | LBC1 Trust<br>106 East Chestnut Street<br>Stillwater, MN 55082-5116 | LCB1 Trust<br>106 East Chestnut Street<br>Stillwater, MN 55082-5116 |
| H. Clinton Milner<br>H. Clinton Milner, PLLC<br>PO Box 801031<br>Dallas, TX 75380-1031 | H. Thomas Moran (SBRA V) III<br>736 Highway 87<br>PO Box 2966<br>Gilchrist, TX 77617-2966 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 |
| Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Susan Matassa   (20)<br>354 VZCR 4106<br>Canton, Texas 75103 | Tom Benton Jackson III<br>1461 County Road 121<br>Kaufman, TX 75142-5032 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Trustee's Office<br>110 North College Avenue, Suite 300<br>Tyler, TX  75702-7231 |
| Van Zandt CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Van Zandt County Appraisal District<br>27867 West Highway 64<br>Canton, TX   75103 | Ward, Asel and Associates, P.C.   (20)<br>5485 Belt Line Road #290<br>Dallas, TX 75254-7997 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Corry Davis Marketing, Inc.
542 East Highway 64
Canton, TX 75103

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Van Zandt County Appraisal District
27867 West Highway 64
Canton, TX  75103

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30