

EOD
07/21/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **CORRY DAVIS MARKETING, INC.** | § | Case No. 21-60280 |
| xx-xxx8498 | § | |
| 542 East Highway 64, Canton, TX 75103 | § | |
| | § | |
| | § | |
| Debtor | § | Chapter 11 - **Subch. V** |

**ORDER SETTING EMERGENCY VIRTUAL HEARING
ON DEBTOR'S MOTION FOR AUTHORITY TO CONTINUE
INSURANCE PREMIUM FINANCING AGREEMENT
WITH ASSOCIATED RISK MANAGERS FINANCE COMPANY**

ON THIS DATE the Court considered the request for emergency hearing filed on July 21, 2021, by Corry Davis Marketing, Inc. ("Debtor"), the Debtor and Debtor-in-Possession in the above-referenced case, in conjunction with its Motion for Authority to Continue Insurance Premium Financing Agreement with Associated Risk Managers Finance Company (the "Motion") **[dkt #18]** which was also filed on July 21, 2021. The Court finds that the request complies with LBR 9007(b) and demonstrates that sufficient cause exists for the scheduling of an emergency virtual hearing on the Motion.

**IT IS THEREFORE ORDERED** that the request for emergency hearing is **GRANTED** and that an emergency hearing on the Debtor's Motion for Authority to Continue Insurance Premium Financing Agreement with Associated Risk Managers

Finance Company will be conducted **by virtual hearing** on:

## Tuesday, July 27, 2021 at 1:30 p.m.

### *** Virtual Hearing Link: https://bit.ly/3rxQJBF ***

**IT IS FURTHER ORDERED** that the presentation of proposed exhibits at this virtual hearing by any party-in-interest should be:

> (1) tendered in an electronic format,
>
> (2) properly marked by party designation per LBR 7016(d)(2) or (3); and
>
> (3) *separately attached and filed in the Court's docket on or before 11:00 a.m. CST* on the day of the hearing.

**IT IS FURTHER ORDERED** that the hearing shall be conducted pursuant to the directives regarding the conduct of virtual hearings located on Judge Searcy's webpage on the Court's website, www.txeb.uscourts.gov/content/judgesearcy under the *Virtual Hearings* tab. Attorneys are responsible for the virtual appearance of any witness called in its case-in-chief. Any such witness must:

> (1) join the hearing as a separate participant from the sponsoring attorney;
>
> (2) using a different camera and microphone than the sponsoring attorney; and
>
> (3) be capable of accessing any exhibit needed for the examination.

**IT IS FURTHER ORDERED** that further questions regarding the virtual emergency hearing may be forwarded to the Courtroom Deputy as set forth below:

> Ms. Alexa Turman
> Phone: (903) 590-3240
> or
> Email: **Alexa_Turman@txeb.uscourts.gov**

**IT IS FURTHER ORDERED** that, *unless notice of this Order has been given by the Court by electronic means through its CM-ECF system as indicated on the related Notice of Electronic Filing pertaining to this Order*, the Debtor-in-Possession or its counsel shall give notice of this emergency hearing **by forwarding a copy of this Order** by the most expedient means available, including electronic or facsimile transmission, if possible, to all other parties listed in the certificate of service contained in the Motion, to all parties entitled to notice under the Federal Rules of Bankruptcy Procedure or pursuant to LBR 9013, as well as any other affected party, and the Debtor-in-Possession or its counsel shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 07/21/2021

_____AT
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE