# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| In re: | Case No. 21-60280 |
| CORRY DAVIS MARKETING, INC. | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned firm, **PARKINS LEE & RUBIO LLP**, is appearing as counsel for Kapitus Servicing, Inc., Creditor in the above-captioned and numbered case, and files this *Notice of Appearance and Request for Notice*, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned attorney at the following address:

Charles M. Rubio P.C.
PARKINS LEE & RUBIO LLP
50 Main Street, Suite 1000
White Plains, NY 10606
Email: crubio@parkinslee.com
Phone: 212-763-3331

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), this request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notice of any application, complaint, demand, hearing, motion, pleading, request, disclosure statement or plan of reorganization in the above-captioned bankruptcy case, whether transmitted or conveyed by mail, telecopier or otherwise.

Dated: July 23, 2021

Respectfully submitted,

*/s/ Charles M. Rubio*
PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
50 Main Street, Suite 1000
White Plains, NY 10606
Email: crubio@parkinslee.com
Phone: 212-763-3331