# Corry Davis Marketing Inc
## Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
|   **Checking/Savings** | |
|     CITY NATIONAL BANK 77164 | 10,338.06 |
|     Mini Mall Bank Account | 162.55 |
|     Office Petty Cash | 152.40 |
|   **Total Checking/Savings** | 10,653.01 |
|   **Other Current Assets** | |
|     Village Promotions Receivable | 1,028,559.09 |
|   **Total Other Current Assets** | 1,028,559.09 |
| **Total Current Assets** | 1,039,212.10 |
| **Fixed Assets** | |
|   **Loan Consolodation Cost** | |
|     Accum Amortization | -35,615.85 |
|     Cost | 64,776.31 |
|     Loan Consolodation Cost - Other | 93,337.28 |
|   **Total Loan Consolodation Cost** | 122,497.74 |
|   **Automotive Equipment** | |
|     Accumulated Depreciation | -64,867.91 |
|     Cost | 64,867.91 |
|   **Total Automotive Equipment** | 0.00 |
|   **Building** | |
|     Accumulated Depreciation | -765,533.62 |
|     Cost | 1,222,763.52 |
|   **Total Building** | 457,229.90 |
|   **Equipment** | |
|     Accumulated Depreciation | -267,172.98 |
|     Cost | 312,698.09 |
|     Equipment - Other | 500.00 |
|   **Total Equipment** | 46,025.11 |
|   **Furniture & Fixtures** | |
|     Accumulated Depreciation | -52,928.92 |
|     Cost | 52,928.92 |
|   **Total Furniture & Fixtures** | 0.00 |
|   **Land** | 1,195,946.09 |
|   **Land Improvements** | |
|     Accumulated Depreciation | -602,021.63 |
|     Cost | 911,860.33 |
|     Land Improvements - Other | 16,164.83 |
|   **Total Land Improvements** | 326,003.53 |
|   **Leasehold Improvements** | |
|     Accumulated Depreciation | -182,089.63 |
|     Cost | 182,089.63 |
|   **Total Leasehold Improvements** | 0.00 |
| **Total Fixed Assets** | 2,147,702.37 |
| **TOTAL ASSETS** | **3,186,914.47** |

# Corry Davis Marketing Inc
## Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---:|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Loan from Madie Vilbig-King | 11,375.00 |
| Loan from Dale Murphy | 1,182.90 |
| Loan from Denise Smith | 3,400.00 |
| **Total Other Current Liabilities** | 15,957.90 |
| **Total Current Liabilities** | 15,957.90 |
| **Long Term Liabilities** | |
| Note Payable Mary King | 143,125.00 |
| Debbie Davis | 206,709.72 |
| LBC1 BANK 205119 | 93,294.24 |
| LBC1 BANK 204137 | 2,861,582.56 |
| **Total Long Term Liabilities** | 3,304,711.52 |
| **Total Liabilities** | 3,320,669.42 |
| **Equity** | |
| Pd in Capital - LeFevre | 443,214.15 |
| Pd in Capital - Davis / King | 437,126.00 |
| **Common Stock** | |
| LeFevre 4,250 shares 21.25% | 4,250.00 |
| Matassa 4,250 shares 21.25% | 4,250.00 |
| Rives 4,000 shares 20% | 4,000.00 |
| Abernathy 2,000 shares 10% | 2,000.00 |
| King 2,000 shares 10% | 2,000.00 |
| BGH 2,000 shares 10% | 2,000.00 |
| Silver Pearl 1,000 shares 5% | 1,000.00 |
| Taylor 500 shares 2.5% | 500.00 |
| **Total Common Stock** | 20,000.00 |
| Retained Earnings | -878,231.07 |
| Treasury Stock @ Cost | -205,000.00 |
| Net Income | 49,135.97 |
| **Total Equity** | -133,754.95 |
| **TOTAL LIABILITIES & EQUITY** | 3,186,914.47 |